Mar. 7. 2007 2:13PM　　　　　　　　　　　　　　　　　　　　　　　　No. 4101 P. 2
03/07/2007 Case 1:05-cv-05823-ENV-JMA　Document 10-2　STRONGIN ROTHMAN ABR　Filed 03/07/2007　Page 1 of 2　PAGE 03/04
01/24/2007 10:20　2125　　212 973　WOODS VERZANI　　　　　　　　　　　　　　　　　PAGE 02/03
01/17/2007 14:19　212-973　　　　　SR&A LLP　　　　　　　　　　　　　　　　　　　PAGE 03/04

8:07cv95

SRA FILE #810-3012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
NATALIYA PARSHINA,

　　　　　　　　　　　　Plaintiff,　　Index No.: 05-5823

-against-　　　　　　　　　　　　　　　VITALIANO, J
　　　　　　　　　　　　　　　　　　　AZRACK, J.
ELDORADO LOGISTICS SYSTEM, INC.,
RAVINDER SINGH HEER, STOUGHTON　　　　STIPULATION AND
TRAILERS, LLC., YURIY YANOUSKIY, As　ORDER TRANSFERRING
Administrator of the Estate of VITALIY　VENUE
STANITSKYY, deceased, and THUNDER
TRANSPORTATION CO.,

　　　　　　　　　　　　Defendants.
---------------------------------------X

　　IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned counsel for the respective parties herein as follows:

　　This action is transferred to the United States District Court for the District of Nebraska and the Clerk of the Court is directed to take all steps necessary to effectuate this transfer, and it is further stipulated,

　　That fax signatures of the parties shall be deemed to be originals.

Dated:　New York, New York
　　　　January 17, 2007

JAMES F. WOODS & ASSOCIATES, P.C.　　STRONGIN ROTHMAN & ABRAMS, LLP

BY: JAMES F. WOODS (JW-324)　　　　　BY: DAVID ABRAMS (DA-4756)
292 Madison Avenue, 22nd Floor　　　　50 Broadway, Suite 2003
New York, NY 10017　　　　　　　　　　New York, NY 10004
(212) 684-2500　　　　　　　　　　　　(212) 931-8300
Attorney for Plaintiff　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　ELDORADO LOGISTICS SYSTEM, INC.,
　　　　　　　　　　　　　　　　　　　RAVINDER SINGH HEER, STOUGHTON
　　　　　　　　　　　　　　　　　　　TRAILERS, LLC.

RECEIVED

MAR 12 2007

CLERK
U.S. DISTRICT COURT
OMAHA

Case: 8:07-cv-00095-LES-FG3    Document #: 10    Date Filed: 03/12/2007    Page 2 of 2

Mar. 7. 2007  2:13PM
03/06/2007  01:08  Case 1:05-cv-05823-ENV-JMA    Document 10-2    Filed 03/07/2007    Page 2 of 2
                    212-973                                      STRONGIN ROTHMAN ABR         No. 4481   PAGE 04/04
01/24/2007  18:28   212E            212 973   WOODS VERZANI                                   PAGE 03/03
01/17/2007  14:19   212-973                   SR&A LLP

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP

*[signature]*

BY: DAVID M. BORDONI
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attorneys for Defendant
THUNDER TRANSPORTATION CO.

DATED: Brooklyn, New York
       January ___, 2007

SO ORDERED:

/s/
_____
ERIC N. VITALINO          U.S.D.J.

A TRUE COPY
ATTEST
DATE... 3/8 ......20.07.
ROBERT C. HEINEMAN
BY....... *[signature]* ....... CLERK
                              DEPUTY CLERK