8:07-cv-00095-LES-FG3   Doc # 10   Filed: 03/12/07   Page 1 of 2 - Page ID # 51

Mar. 7. 2007 2:13PM
03/07/2007 1:05-cv-05823-ENV-JMA   Document 10-2   Filed 03/07/2007   No. 4191   Page 1 of 2
01/24/2007 10:28   2125   212 973   WOODS VERZANI   STRONGIN ROTHMAN ABR   PAGE 03/04
01/17/2007 14:19   212-973   SR&A LLP   PAGE 02/03
                                                                    PAGE 03/04

8.07cv95

SRA FILE #810-3012
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x
NATALIYA PARSHINA,

         Plaintiff,  Index No.: 05-5823

   -against-     VITALINO, J
              AZRACK, J.

ELDORADO LOGISTICS SYSTEM, INC.,
RAVINDER SINGH HEER, STOUGHTON  STIPULATION AND
TRAILERS, LLC., YURIY YANOUSKIY, As  ORDER TRANSFERRING
Administrator of the Estate of VITALIY  VENUE
STANITSKYY, deceased, and THUNDER
TRANSPORTATION CO.,

         Defendants.
-----------------------------------------x

  IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned counsel for the respective parties herein as follows:

  This action is transferred to the United States District Court for the District of Nebraska and the Clerk of the Court is directed to take all steps necessary to effectuate this transfer, and it is further stipulated,

  That fax signatures of the parties shall be deemed to be originals.

Dated: New York, New York
    January 17, 2007

JAMES F. WOODS & ASSOCIATES, P.C.  STRONGIN ROTHMAN & ABRAMS, LLP

BY: JAMES F. WOODS (JW-324)    BY: DAVID ABRAMS (DA-4756)
292 Madison Avenue, 22nd Floor    50 Broadway, Suite 2003
New York, NY 10017        New York, NY 10004
(212) 684-2500          (212) 931-8300
Attorney for Plaintiff        Attorneys for Defendants
                 ELDORADO LOGISTICS SYSTEM, INC.,
                 RAVINDER SINGH HEER, STOUGHTON
                 TRAILERS, LLC.

RECEIVED

MAR 12 2007

CLERK
U.S. DISTRICT COURT
OMAHA

8:07-cv-00095-LES-FG3   Doc # 10   Filed: 03/12/07   Page 2 of 2 - Page ID # 52
Mar. 7. 2007  2:13PM
03/06/2007  01:08  Case 1:05-cv-05823-ENV-JMA   Document 10-2   Filed 03/07/2007   Page 2 of 2
                                                STRONGIN ROTHMAN ABR              No. 4841    PAGE 04/04
01/24/2007  18:20    212E           212 973   WOODS VERZANI                       PAGE 03/03
                                              SR&A LLP                            PAGE 04/04
01/17/2007  14:19    212-973

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP

BY: DAVID M. BORDONI
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attorneys for Defendant
THUNDER TRANSPORTATION CO.

DATED: Brooklyn, New York
       January ___, 2007

SO ORDERED:

/S/
ERIC N. VITALINO          U.S.D.J.

A TRUE COPY
ATTEST
DATE... 3/8 ......20.07.
ROBERT C. HEINEMAN
BY........ M. Allen ........ CLERK
                          DEPUTY CLERK