IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV674 |
| v. | ) ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, and STOUGHTON TRAILERS LLC., | ) ) ) ) | |
| Defendants. | ) ) | |
| NATALIYA PARSHINA, | ) ) | |
| Plaintiff, | ) ) | 8:07CV95 |
| v. | ) ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, STOUGHTON TRAILERS LLC., YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, and THUNDER TRANSPORTATION CO., | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

These matters are before the Court after a planning conference was held with counsel. Pursuant thereto,

IT IS ORDERED:

1) These actions are consolidated for purposes of discovery;

     2) The amended complaint (Filing No. 46) filed by plaintiffs in 8:06CV674 is deemed properly filed.

     3) The parties shall have until April 2, 2007, to submit briefs as to whether the Court has jurisdiction in 8:07CV95).

     4) A further planning conference in these matters will be held:

     **Monday, April 30, 2007, at 8:30 a.m.**

The parties may participate by telephone.

     DATED this 19th day of March, 2007.

     BY THE COURT:

     /s/ Lyle E. Strom

     _____
     LYLE E. STROM, Senior Judge
     United States District Court