IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

NATALIYA PARSHINA,                )
                                  )
                Plaintiff,        )          8:07CV95
                                  )
        v.                        )
                                  )
ELDORADO LOGISTICS SYSTEM,        )          ORDER
INC., RAVINDER SINGH HEER,        )
STOUGHTON TRAILERS LLC.,          )
YURIY YANOUSKIY, as               )
Administrator of the Estate       )
of VITALIY STANITSKYY,            )
deceased, and THUNDER             )
TRANSPORTATION CO.,               )
                                  )
                Defendants.       )
_____  )


        This matter is before the Court on the entry of

appearance and request to permit withdrawal of counsel (Filing

No. 17).  The Court finds said motion should be granted.

Accordingly,

        IT IS ORDERED that said motion is granted; David B.

Bordoni and the firm of Wilson Elser, Moskowitz, Edelman &

Dicker, LLP, is permitted to withdraw as counsel.  The Court

notes Jerald L. Rauterkus and the firm of Erickson, Sederstrom,

Dockets.Justia.com

P.C., has entered an appearance on behalf of defendant Thunder Transportation Company.

DATED this 21st day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court