IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATALIYA PARSHINA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV95 |
| | ) | |
| v. | ) | |
| | ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, STOUGHTON TRAILERS LLC., YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, and THUNDER TRANSPORTATION CO., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to enlarge time (Filing No. 23). The Court notes counsel for plaintiff has recently entered an appearance and finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until April 23, 2007, to submit her brief and any accompanying evidence concerning jurisdiction.

DATED this 9th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court