IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATALIYA PARSHINA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV95 |
| | ) | |
| v. | ) | |
| | ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, STOUGHTON TRAILERS LLC., YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, and THUNDER TRANSPORTATION CO., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to withdraw of George H. Moyer and the firm of Moyer, Egley, Fullner, Montag and Keenan (Filing No. 25). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; George H. Moyer and the firm of Moyer, Egley, Fullner, Montag and Keenan are permitted to withdraw as counsel of record for plaintiff.

DATED this 10th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court