IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV674 |
| v. | ) ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, STOUGHTON TRAILERS LLC., and THUNDER TRANSPORTATION CO., a corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| NATALIYA PARSHINA, | ) ) | |
| Plaintiff, | ) ) | 8:07CV95 |
| v. | ) ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, STOUGHTON TRAILERS LLC., YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, and THUNDER TRANSPORTATION CO., | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff Yuriy Janouskiy's motion for leave to file a second amended complaint (Filing No. 60). The Court notes defendants have no objection thereto. Accordingly,

IT IS ORDERED that said plaintiff's motion is granted; he shall have until April 18, 2007, to file a second amended complaint.

DATED this 11th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court