IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATALIYA PARSHINA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV95 |
| | ) | |
| v. | ) | |
| | ) | |
| ELDORADO LOGISTICS SYSTEM, INC., RAVINDER SINGH HEER, STOUGHTON TRAILERS LLC., YURIY YANOUSKIY, as Administrator of the Estate of VITALIY STANITSKYY, deceased, and THUNDER TRANSPORTATION CO., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to dismiss without prejudice (Filing No. 28). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is dismissed without prejudice.

DATED this 24th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court